**AFFIRMED as Modified; Opinion Filed June 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00834-CR
### No. 05-13-00836-CR

**GREGORY LEWIS MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-60606-J, F12-60605-J**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Gregory Lewis Martinez waived a jury and pleaded guilty to retaliation and evading arrest or detention. *See* TEX. PENAL CODE ANN. §§ 36.06(a), 38.04(a) (West 2011 & Supp. 2013). On the retaliation conviction, the trial court assessed punishment, enhanced by one prior felony conviction, at ten years' imprisonment and a $1,500 fine. On the evading arrest conviction, the trial court assessed punishment, enhanced by two prior felony convictions, at ten years' imprisonment and a $1,500 fine. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the

record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note the trial court's judgments contain several errors. The record shows appellant entered open pleas of guilty to the charges in the indictments. The trial court's judgments, however, recite terms of plea bargain agreements. Moreover, the trial court orally pronounced a $1,500 fine in each case. The judgment in cause no. 05-13-00836-CR states the fine as "N/A." When a conflict exists between the oral pronouncement and the judgment, the oral pronouncement controls. *See Coffey v. State*, 979 S.W.2d 326, 328 (Tex. Crim. App. 1998). Further, the judgment in cause no. 05-13-00836-CR erroneously states the degree of the offense for which appellant was convicted is a third-degree felony. However, appellant was indicted for a state-jail felony offense that was enhanced by two prior non-state-jail-felony convictions. *See* TEX. PENAL CODE ANN. §§ 12.425(b), 38.04(b)(1)(A) (West Supp. 2013).

In cause no. 05-13-00834-CR, we modify the trial court's judgment to show the terms of plea bargain were "open." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). In cause no. 05-13-00836-CR, we modify the trial court's judgment to show the

degree of the offense is a state-jail felony, terms of plea bargain were "open," and to include the $1,500 fine that was orally pronounced.

As modified, we affirm the trial court's judgments.

/ David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130834F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GREGORY LEWIS MARTINEZ,
Appellant

No. 05-13-00834-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-60606-J).
Opinion delivered by Justice Evans,
Justices Fillmore and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered June 16, 2014.

/ David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GREGORY LEWIS MARTINEZ,
Appellant

No. 05-13-00836-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F12-60605-J).
Opinion delivered by Justice Evans,
Justices Fillmore and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Degree of Offense" is modified to show "State Jail Felony."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

The section entitled "Fine" is modified to show "$1,500."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered June 16, 2014.

/ David Evans/
DAVID EVANS
JUSTICE